UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER ERVIN PAUL LEDET**     **CIVIL ACTION**

**VERSUS**     **NO. 20-1879**

**TERREBONNE PARISH JAIL, et al.**     **SECTION: "G"(3)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the motion to dismiss filed by the Terrebonne Parish Criminal Justice Complex and Richard Petie Neal[1] is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims against the Terrebonne Parish Criminal Justice Complex (also referred to as the Terrebonne Parish Jail) are **DISMISSED WITH PREJUDICE** and that the claims against Richard Petie Neal are **DISMISSED WITHOUT PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 26th day of April, 2021.

                                **NANNETTE JOLIVETTE BROWN**
                                **CHIEF JUDGE**
                                **UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 13.